**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Civ. No. 00-2549 (DWF/RLE)

---

Daniel Sawatske,

Plaintiff,

vs.

St. Joseph's Equipment, Inc., and William Schams,

Defendants.

**STIPULATION OF DISMISSAL** and ORDER

---

The above-entitled action, having been fully compromised and settled;

**IT IS HEREBY STIPULATED** by and between the parties thereto, through their undersigned attorneys, that the same may be, and it hereby is, dismissed with prejudice and without costs or disbursements to any of the parties; and

**IT IS FURTHER STIPULATED** that, without further notice, a dismissal with prejudice and without costs or disbursements to any of the parties may be entered herein.

Dated: 3/15/01

William D. Paul (A.R.#164811)
Attorney for Plaintiff
1217 East First Street
Duluth, MN 55805
(218) 728-5633

MAR 29 2001
FILED
LOCAL CLERK

Dated: 3/17/01

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

By: ______________________
Pat Skoglund (A.R.#152729)
Attorney for Defendants
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 290-6500

Dated: 3/23/01

PARKE O'FLAHERTY, LTD.

By: ______________________
James Koby (A.R. 57198)
Gerard O'Flaherty 81036
Attorneys for Defendants
201 Main Street, 10th Floor
P.O. Box 1147
La Crosse, WI 54602-1147
(608) 784-1605

**ORDER**

**IT IS ORDERED** that dismissal with prejudice be entered in accordance with the foregoing Stipulation.

Dated this 29th day of March, 2001.

BY THE COURT

______________________
Judge of United States District Court